# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140817-24(76)

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
        Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
        Defendants-Appellees,
and

JAMES RUSHTON and PITTSFIELD CHARTER
TOWNSHIP,
        Defendants.
_____

SC: 140817
COA: 291579
Washtenaw CC: 09-001208-AS

On order of the Chief Justice, the motion by the American Civil Liberties Fund of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

Clerk